# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jeremy L. Pichon
Pichon Law Firm, LLC
365 Canal Str., Suite 2690
New Orleans LA 70130

Mark Philip Glago
Glago Williams Law Firm
909 Poydras St., 29th Floor
New Orleans LA 70112

Jatavian L. Williams
Glago Williams Law Firm
909 Poydras Str. 29th Floor
New Orleans LA 70112

Katherine E. May
Glago Williams, LLC
909 Poydras Str. 29th Floor
New Orleans LA 70112

Christopher G. Otten
Glago Williams, LLC
909 Poydras Str. 29th Floor
New Orleans LA 70112

Julius Willis Grubbs, Jr.
Haik, Minvielle & Grubbs
PO Box 11040
New Iberia La 70562-1040

Eric T. Haik
Attorney at Law
P. O. Box 11040
New Iberia LA 70562-1040

J. P. D'Albor
Haik, Minvielle and Grubbs
1017 East Dale St
New Iberia LA 70560

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 3, 2023

## REHEARING ACTION: May 3, 2023

**Docket Number: 23   00120-CW**

**NAKATHER THEODILE, ET AL.**
**VERSUS**
**APPLE INC., ET AL.**

**Writ Application from Iberia Parish Case No. 134,111**

**BEFORE JUDGES:**

> **Hon. Van H. Kyzar**
> **Hon. Ledricka J. Thierry**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the "Motion for Reconsideration of Dismissal of Application for Supervisory Writ" filed by **Nakather Theodile, et al** has this day been

> **DENIED**

cc: Stephen Robert Barry, Counsel for  the Respondent
    Daphne P. McNutt, Counsel for  the Respondent
    Arthur W. Landry, Counsel for the Applicant
    Jeffrey Edward Richardson, Counsel for the Applicant
    Jason R. Scott, Counsel for the Applicant
    Michael J. Cappo, Counsel for the Applicant
    Brice Nengsu Kenfack, Counsel for the Applicant